IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**Alternative Dispute Resolution Summary**

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: <u>4:18-CV-663</u>
2. Style of case: <u>JERRY SMITH vs COLLIN COLLEGE, ET AL.</u>
3. Nature of suit: <u>EMPLOYMENT</u>
4. Method of ADR used:    **X Mediation**         ☐ Mini-Trial            ☐ Summary Jury Trial
5. Date ADR session was held: <u>07/12/19</u>
6. Outcome of ADR (*Select one*):

   ☐ Parties did not use my services.            ☐ Settled, in part, as result of ADR

   ☒ Settled as a result of ADR.                 ☐ Parties were unable to reach settlement.
   ☐ Continue to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*)

7. What was your TOTAL fee: <u>$1,500.00</u>
8. Duration of ADR: <u>Full Day</u>   (i.e., one day, two hours)
9. Please list persons in attendance (including party association, i.e., defendant, plaintiff): (Provider)

    KATHY FRAGNOLI MED
    DANIEL GRAVES PLA ATTY
    MONICA VELAZQUEZ DEF ATTY

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

    //Kathy Fragnoli//

    Signature

    <u>4514 Cole Avenue, Dallas, TX 75205-4181</u>
    Address

    <u>July 12, 2019</u>
    Date

    <u>(214)528-1411</u>
    Telephone